OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015

6/10/2015
VASQUEZ, JESSE          Tr. Ct. No. 39802-B          WR-82,923-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER
INVALID TDC.#
NAME & # DO NOT AGR    JESSE VASQUEZ
RELEASED              ~~DANIEL UNIT~~ - TDC # 1315560
UNABLE TO LOCATE       ~~938 SOUTH FM 1673~~
                       ~~SNYDER~~

RTS

